IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

MCFADDEN COMMUNICATIONS, LLC,

      Plaintiff,

v.                                    No.: 09-cv-2336

THE TRAVELERS INDEMNITY
COMPANY OF AMERICA,

      Defendant.

---

STIPULATION OF VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE

---

    COME NOW Plaintiff, McFadden Communications, LLC, and Defendant, The Travelers Indemnity Company of America, by and through their respective counsel of record, and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, file this, their written Stipulation of Voluntary Dismissal of All Claims With Prejudice and notify the Court that all claims have been resolved between the parties.

                              Respectfully Submitted and
                              Stipulated to by:

                              FARRIS BOBANGO BRANAN, PLC

                              /s/ Garrett M. Estep
                              Garrett M. Estep    #19078
                              One Commerce Square, Suite 2000
                              Memphis, Tennessee 38103
                              (901) 259-7100
                              gestep@farris-law.com
                              Attorney for McFadden Communications

BLACK McLAREN JONES RYLAND & GRIFFEE
A Professional Corporation

_____/s/ Michael G. McLaren_____
Michael G. McLaren        #5100
Chris J. Webb             #26652
530 Oak Court Drive, Suite 360
Memphis, Tennessee 38117
(901) 762-0535
mmclaren@blackmclaw.com
Attorneys for The Travelers Indemnity Company of America

2