```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```
_____

MCFADDEN COMMUNICATIONS, LLC,

       Plaintiff,

v.                                              No.: 09-cv-2336

THE TRAVELERS INDEMNITY
COMPANY OF AMERICA,

       Defendant.
_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

It appears to the Court that the matters in controversy between McFadden Communications, LLC, and The Travelers Indemnity Company of America have been settled, and that the matters between them should be dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the claims of McFadden Communications, LLC, against The Travelers Indemnity Company of America are hereby dismissed with prejudice.  This Order of Dismissal with Prejudice shall apply to all claims and causes of action asserted in the Plaintiff's Complaint as well as any other claims or causes of action of Plaintiff against The Travelers Indemnity Company of America, whether asserted in this lawsuit or not, which in any way relate to, arise from or in any way involve any of the allegations made by Plaintiff in this lawsuit.  Plaintiff shall be responsible for any outstanding court costs in this cause.

                                s/Bernice Bouie Donald
                                JUDGE

                                DATE: June 14, 2010