UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**MCFADDEN COMMUNICATIONS, LLC**

**v.**                                        **No. 09-cv-2336**
                                              **JUDGMENT IN A CIVIL CASE**

**THE TRAVELERS INDEMNITY**
**COMPANY OF AMERICA**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the ORDER OF DISMISSAL WITH PREJUDICE entered on June 14, 2010, this cause is hereby dismissed.**

**APPROVED:**

**s/Bernice B. Donald**
**UNITED STATES DISTRICT COURT**

**DATE: 06/14/2010**                         **THOMAS M. GOULD**
                                             **Clerk of Court**


                                               **s/Taffy Elchlepp**
                                             **(By)  Deputy Clerk**